**36D01-2002-CT-000024**

Jackson Superior Court 1

Filed: 2/26/2020 8:15 PM
Clerk
Jackson County, Indiana

STATE OF INDIANA          )
                          ) SS:
COUNTY OF JACKSON  )

IN THE JACKSON          COURT

CAUSE NO.

BRANDON REYNOLDS

VS.

RONALD J. LEWIS and EQUITY
TRANSPORTATION CO., INC.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Brandon Reynolds, by counsel, Nathan D. Foushee of Ken Nunn Law Office, and for his cause of action against the Defendants, Ronald J. Lewis and Equity Transportation Co., Inc., alleges and states as follows:

### STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2005 Freightliner tractor and attached trailer, was negligently driven by Ronald J. Lewis causing a collision with the vehicle driven by Plaintiff, Brandon Reynolds. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Jackson County, Indiana, as said collision occurred within the boundaries of Jackson County, State of Indiana.

### FIRST CAUSE OF ACTION

#### NEGLIGENCE OF RONALD J. LEWIS

3. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about April 16, 2019 Defendant Ronald J. Lewis negligently drove a tractor-trailer striking the tractor-trailer driven by Plaintiff, Brandon Reynolds.

5. Defendant Ronald J. Lewis had a duty to operate his tractor trailer in a safe and reasonable manner.



EXHIBIT 1

6. Defendant Ronald J. Lewis failed in the above mentioned duties and is therefore negligent.

7. Defendant Ronald J. Lewis' negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Brandon Reynolds' injuries and damages are permanent.

9. As a direct and proximate result of Ronald J. Lewis' negligence, Brandon Reynolds has suffered lost wages.

10. Plaintiff, Brandon Reynolds, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Ronald J. Lewis' negligence, Brandon Reynolds has experienced physical and mental pain and suffering, lost wages, property damage including, but not limited to, diminished value, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF RONALD J. LEWIS

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Ronald J. Lewis violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Ronald J. Lewis' statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Ronald J. Lewis is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF EQUITY TRANSPORTATION CO., INC.

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17. Defendant Ronald J. Lewis was the employee, agent, servant, or independent contractor for Equity Transportation Co., Inc. Accordingly, Equity Transportation Co., Inc. is vicariously liable for the acts of Defendant Ronald J. Lewis for the causes of action above.

WHEREFORE, the Plaintiff, Brandon Reynolds, by counsel Nathan D. Foushee of Ken Nunn Law Office, demand judgment against the Defendants, Ronald J. Lewis and Equity Transportation Co., Inc. for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage including, but not limited to, diminished value, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Nathan D. Foushee*
Nathan D. Foushee, #24885-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff